UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY V. MAESTAS,<br><br>             Plaintiff,<br><br>     v.<br><br>OFFICER BELT,<br><br>             Defendant. | 1:23-cv-00418-HBK (PC)<br><br>ORDER STRIKING UNSIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>THIRTY DAY DEADLINE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. No. 1). Plaintiff accompanied his complaint with an unsigned application to proceed *in forma pauperis*. (Doc. No. 2). Plaintiff's failure to sign the application violates Rule 11 of the Federal Rule of Civil Procedure which requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Plaintiff's failure to sign the application also violates Local Rule 131 (b), which requires among other things that "[a]ll pleadings ... shall be signed by the individual attorney for the party presenting them, or by the party involved if that party is appearing in *propria persona*." L.R. 131(b).

Accordingly, it is hereby **ORDERED**:

1. The Clerk shall STRIKE Plaintiff's unsigned application to proceed *in forma pauperis* (Doc. No. 2).

2. Within **thirty (30) days** of the date on this Order, Plaintiff shall submit the enclosed application to proceed *in forma pauperis*, completed and signed, or in the alternative,

1

pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

Dated:     March 22, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE