UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY V. MAESTAS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER BELT,<br><br>    Defendant. | Case No.  1:23-cv-00418-HBK (PC)<br><br>ORDER STRIKING ILLEGIBLE COMPLAINT<br><br>(Doc. No. 1)<br><br>ORDER DIRECTING CLERK TO PROVIDE COPY OF ILLEGIBLE COMPLAINT AND BLANK PRISONER CIVIL RIGHTS FORM TO PLAINTIFF<br><br>30-DAY DEADLINE |

Plaintiff Randy V. Maesta, a prisoner, initiated this action by filing a pro se civil rights complaint on March 21, 2023.  (Doc. No. 1, Complaint).  Upon review, the Court finds the Complaint illegible.  To the extent discernable, Plaintiff appears to assert three separate claims under the Eighth Amendment, but the Court is unable to read the supporting facts for any of the claims due to the faintness of the print.  Thus, the Court is unable to screen the Complaint under 28 U.S.C. § 1915A.  The Court will strike the illegible Complaint and afford Plaintiff an opportunity to resubmit a legible copy of the Complaint, preferably in dark ink.

Accordingly, it is ORDERED:

1.  The Clerk shall STRIKE Plaintiff's Complaint (Doc. No. 1) from the docket.

2. Within thirty (30) days of the date on this Order, Plaintiff shall file a legible Complaint.

3. The Clerk of Court shall include a copy of the illegible Complaint (Doc. No. 1) and a copy of the prisoner civil rights complaint form for Plaintiff's use in refiling his Complaint.

4. Plaintiff's failure to timely comply with this Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:   May 16, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE