UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY V. MAESTAS,<br><br>            Plaintiff,<br><br>      v.<br><br>OFFICER BELT,<br><br>            Defendant. | 1:23-cv-00418 (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. No. 12). |

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* filed on June 8, 2023. (Doc. No. 12). Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. Section § 1983 on March 21, 2023. (Doc. No. 1). On May 2, 2023, the Court granted Plaintiff's previous motion to proceed *in forma pauperis*. (Doc. No. 9). Because the Court already granted Plaintiff the relief he seeks, his duplicate motion file on June 8, 2023 is moot.

Accordingly, it is hereby ORDERED:

Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 12) is DISREGARDED AS MOOT.

Dated:   June 12, 2023

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1