1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY V. MAESTAS,                          Case No.  1:23-cv-00418-HBK (PC)

12                    Plaintiff,                ORDER STRIKING UNSIGNED COMPLAINT

13        v.                                    (Doc. No. 18)

14   TIMOTHY BELT,                              AUGUST 28, 2023 DEADLINE

15                    Defendant.

16

17          Plaintiff Randy V. Maestas, a prisoner, filed a First Amended Complaint on July 26, 2023.

18   (Doc. No. 18, "FAC").  Upon review, the Court notes the FAC is unsigned.  (*Id*. at 5).  Because

19   the Court cannot consider unsigned filings, the Complaint must be stricken. Fed. R. Civ. P. 11(a);

20   L.R. 131(b) (E.D. Cal. 2022).  *See, e.g., West v. Hulbert*, 2016 WL 2854416, at *1 (E.D. Cal.

21   May 16, 2016); *Anderson v. Krpan,* 2015 WL 402086, at *2 (E.D. Cal. Jan. 29, 2015).

22          Accordingly, it is ORDERED:

23        1.  The Clerk shall STRIKE Plaintiff's First Amended Complaint (Doc. No. 18) from the

24            docket.

25        2.  No later than August 28, 2023, Plaintiff shall deliver to correctional officials for

26            mailing a First Amended Complaint that is signed under penalty of perjury.

27        3.  The Clerk of Court shall include a prisoner civil rights complaint form for Plaintiff's

28            use in filing his First Amended Complaint.

4.  Plaintiff's failure to timely comply with this Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:   July 27, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE