# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MAESTAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER BELT,<br><br>　　　　　Defendant. | No. 1:23-cv-00418-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 22) |

Randy Maestas filed this prisoner civil rights action under 42 U.S.C. § 1983. (Doc. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2023, the Magistrate Judge filed Findings and Recommendations, recommending the District Court dismiss Plaintiff's Complaint because it failed to state a cognizable federal claim. (*See* Doc. 22.) Plaintiff filed a document titled Objections, which consists of a copy of the October 31, 2023 Findings and Recommendations with Plaintiff's annotations, including numerous vulgarities, threats, and non sequiturs. (*See generally* Doc. 23). Plaintiff does not set forth any substantive objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff's

1

Objections do not meaningfully call into question the validity of the Magistrate Judge's reasoning or conclusions. Accordingly, the Court ORDERS:

1. The Findings and Recommendations, filed on October 31, 2023, (Doc. 22), are **ADOPTED IN FULL**.
2. The Clerk of Court shall terminate any pending motions and close this case.
3. **If, in any future filing, the plaintiff threatens a judge, writes vulgar or filthy comments in his papers, attempts to influence this Court through implied threats of violence, or refuses to conduct himself in a non-profane manner as he has done in this case, the Clerk of Court is DIRECTED to reject the filing without further notice.**

IT IS SO ORDERED.

Dated:   **November 30, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2